**FILED**

JUL 23 2009

**Clerk,** U.S. District and **Bankruptcy Courts**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Ernest L. Dixon, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.     **09 1365** |
| | ) | |
| United States Satellite Headquarters, | ) | |
| | ) | |
| Defendant. | ) | |

### MEMORANDUM OPINION

On May 7, 2009, the plaintiff submitted this brief pro se complaint along with 98 others, each accompanied by a separate application to proceed in forma pauperis.[1] The 98 complaints, which are attached to this memorandum opinion as an appendix, will be consolidated with the complaint in this case for purposes of disposition and dismissed as frivolous.

Like numerous complaints previously filed by this plaintiff, *see, e.g.,* Mem. Op. *Dixon v. 60-George Ct., Hampton, Virginia,* Civil Action 08-2151 (UNA) (D.D.C. Dec. 11, 2008) (generally describing 22 complaints consolidated therein); Order, *Dixon v. Cattle Ranch,* Civil Action 09-969 (UNA) (D.D.C. May 26, 2009) (generally describing 19 complaints consolidated therein), 95 of the 99 complaints, purport to sue various public and private properties or entities, such as the "United States Satellite Headquarters in Tokyo, Japan," "Rolls Royce" in France, the United States District Court for the District of Columbia, Sibley Hospital, Lenoir County (N.C.) Library, and "Amtrak Trains," either "for all my earnings" or for no stated reason.  Just four of the 99 complaints deviate from this general theme.  Those four seek $999 quadrillion dollars in compensatory damages and an equal amount in punitive damages from each of the following

---

[1] In addition, the plaintiff submitted another three pro se complaints that same day, which will be disposed of independently.

defendants:  (1) the University of North Carolina for allegedly building on plaintiff's land;

(2) James N. Peters for "having his name on my building without my permission;" (3) the

Kinston, North Carolina "Records of Deed Office" because they "said I needed the date and the

year before I could purchase my deeds;" and (4) the Kinston Housing Authority for "taking

control and renting and collecting from my Queen Court Apartments."  It is evident from the

both the nature of the allegations and the number of complaints filed by this pro se plaintiff, who

lists his address as "Sixteen Hundred Pennsylvania Avenue, Washington, D.C.," that they are

based on fantastic or delusional scenarios, which subjects them to immediate dismissal.  *See*

*Neitzke v. Williams,* 490 U.S. 319, 328 (1989).

A separate order of dismissal accompanies this memorandum opinion.

United States District Judge   7/22/09

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Ernest L. Dixon, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| United States Satellite Headquarters, | ) | |
| | ) | |
| Defendant. | ) | |

## APPENDIX TO MEMORANDUM OPINION

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Avenue
Washington, D.C. 23607

v.

Records Of Deed Office
101 Queen Street
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon is suing
The Records Of Deed Office on Queen Street
in Kinston, North Carolina for $999,000,000,000,000,000.00
for said that I needed the date and the year
before I could purchase my deeds also I am suing
the said for $999,000,000,000,000,000.00 for punitive
damages. THANK YOU.

**FILED**

09 1365   JUL 23 2009

Clerk, U.S. District and
Bankruptcy Courts

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Ave
Washington, D.C. 23607  RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensyvania Avenue
Washington, D.C. 23607

V.

Kinston Housing Authority
Queen Street
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon is suing Kinston Housing Authority in Kinston, North Carolina for $999,000,000,000,000,000.00 for Taking Control And Renting And Collecting from my Queen Court Apartments on Bright Street in Kinston, North Carolina Without my Permisision Also I Am suing the said for $999,000,000,000,000,000.00 for Punitive damages. Thank You.

RECEIVED
MAY - 7 2009
Clerk U.S. District and

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensyvania Avenue
Washington, D.C. 23607

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pennsylvania Avenue
Washington, D.C. 23667

v.

James J. Peters
130 - Kingsbridge Road
Bronx, New York

I, Retired Admiral Ernest L. Dixon is
suing Jame J. Peters, 130 - Kingsbridge Road
in Bronx, New York for $999,000,000,000,000,000.00
for having his name on my building without
my permission Also I Am suing the said for
$999,000,000,000,000,000.00 for punitive
damages, Thank you.

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

Sign,
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pennsylvania a
Washington, D.C. 23607

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

V

University North Carolina
Chapel Hill
North Carolina

I, Retired Admiral Ernest L. Dixon is
Suing the University North Carolina for
$999,000,000,000,000,000,000.00 for building on
my land at Snow High Way North And
Cunningham Pixie. Also I am suing the
said for $999,000,000,000,000,000.00 for
Punitive damages. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania A
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pennsylvania Avenue
Washington, D.C. 23607

Vs.

Amtrack Trains
Richmond, Virginia

I, Retired Admiral Ernest L. Dixon is Suing
my ~~Amtrains~~ Amtrack Trains Headquarters in
Richmond, Virginia For all my Earnings.
Thank You.

Sign Ernest L. Dixon
Retired Admiral
Sixteen Hundred, Pennsylvania Ave
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

V.

Harbor Place
100 Bridge Street
Hampton, Virginia 23669

Is retired Admiral Ernest L. Dixon is suing
Harbor Place, 100 Bridge Street in Hampton,
Virginia for All my Earnings. Thank You.

Sign:
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Ave.
Washington, D.C. 23607

**RECEIVED**

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607
Vs

Lenoir County Library
Queen Street
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon is suing
my Lenoir County Library in Kinston, North
Carolina for all my earnings. Thank You.


Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

v.

Sibley's Hospital
Washington, D.C. 23607

I, Retired Admiral Ernest L. Dixen is
suing Sibley's Hospital in Washington, D.C.
for All my earnings. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Ave
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

v.

United States District Court
Pensylvania Avenue
Washington, D.C. 23607

I, Retired Admiral Ernest L. Dixon is suing
for repossion of apartment and cafeteria in
the united States District Court house in Washington.
I want the keys to the entrance of the
said. THANK YOU.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

**RECEIVED**

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For the District of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D. C. 23607

v/

Rolls Royce
Macon, France

I Retired Admiral Ernest L. Dixon is
suing my Rolls Royce Company in Macon,
France for all my earnings. Thank you.

Sign,
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Ave.
Washington, D.C. 23607

**RECEIVED**

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral ERNEST L. DIXON
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

V.

Buda Pest Ship Piers
Buda Pest FRANCE

Is Retired Admiral ERNEST L. DIXON is
Suing my Buda Pest Ship Piers in Buda Pest,
FRANCE for All my EARNINGS. THANK YOU.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

RECEIVED

MAY - 7 2003

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

V.

Longworth Building
Washington, D.C. 23607

I, Retired Admiral Ernest L. Dixon is Suing
everyone on the Top Floor of Long Worth
Building for Sabodage of my Top Floor of
the Long Worth Building. I want the keys to
the building and everyone to vacate my
Top Floor emediately. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For the District of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

v.

115 - Washington Avenue,
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon is
Suing for Reposesion of my home at
115 Washington Avenue in Kinston, North
Carolina, I want the rent from the home
Steadsea and everyone to vacate my
Premises emediately. Thank you.

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

Sign

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Washing
Pensyvania Ave,
Washington, D. C. 23607

United States District Court
for the District Of Columbia

Retired Admical/Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

v.

Stadium Clothing Store
Queen Street
Kinston, North Carolina 28501

I Retired Admiral/Ernest L. Dixon is suing
my Stadium Clothing Store on Queen
Street in Kinston, North Carolina for all my
earnings. I want the keys to the said
and everyone to vacate my premises
emediately. Thank you.

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Aven
Washington D.C. 23607

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

V.

Marriott Hotel
14th Street
Washington, D.C. 23607

I, Retired Admiral Ernest L. Dixon is suing
my Marriott Hotel on 14th Street in
Washington, D.C. for all my earnings. I want
the keys to my top floors. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Ave.
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

V.

Old Hampton Sea Food Kitchen
124 Chapel Street
Hampton, Virginia 23669

I, Retired Admiral Ernest L. Dixon is suing for repossesion of my Old Hampton Sea Food Kitchen at 124 Chapel Street in Hampton, Virginia. I want the keys to the said and everyone to vacate my premises emediately. Thank you.

Sign,
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Ave.
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

V.

Friendly Shelter
Independence Street
Kinston, North Carolina 28501

I Retired Admiral Ernest L. Dixon is suing
For repossion of the Friendly Shelter on
Independence Street in Kinston North Carolina.
I Want the Keys to the said and everyone to
vacate the premises emedintely. Thank You

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania ave.
Washington, D.C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
For the District Of Columbia

Retired Admiral ERNEST L. DIXON
SIXTEEN Hundred Pennsylvania AVENUE
Washington, D.C. 23607

V.

Sands Hotel
ATLANTIC CITY, NEW JERSEY

I, RETIRED Admiral ERNEST L. DIXON,
is suing my Sands Hotel IN ATlantic
CITY, NEW JERSEY FOR ALL of MY EARNINGS.
THANK YOU.

Sign
Retired Admiral Ernest L Dixon
Sixteen Hundred Pensylvanie Ave
Washington, D.C. 23607

**RECEIVED**

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D. C. 28501
U.

Park View
Queen Street
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon, is
suing my Park View on Queen Street
in Kinston, North Carolina for All my earnings.
Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania A
Washington D. C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

v.

Omni Hotel
Water Front
Norfolk, Virginia

I, Retired Admiral Ernest L. Dixon is suing my Omni Hotel on the Water Front in Norfolk, Virginia for All my Earnings. Thank You.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

v.

100-Macons Street
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon is suing
100-Macon Street in Kinston, North Carolina
for All my earnings. Thank you.

sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

V.

Paramount Theater
Queen Street
Kinston, North Carolina 28501

I Retired Admiral Ernest L. Dixon is
suing for the rent and repossesion of my
Paramount Theater on Queen Street in Kinston,
North Carolina. I want the keys to the said
and everyone to vacate my premises emediately.
Thank you.

Sign,
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 2300

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

V.

Food Mart
817-Martin Luther King Jr. Blvd
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon is Suing Food Mart on Martin Luther King Jr. Blvd. in Kinston, North Carolina for All my Earnings. I want the keys to the said and everyone to vacate my premises Emediately. Thank you.

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Ave
Washington, D.C. 23607

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pennsylvania Avenue
Washington, D.C. 23607

V.

River Dale Shopping Center
Mercury Blvd,
Hampton, Virginia

I, Retired Admiral Ernest L. Dixon is suing
River Dale Shopping Center on Mercury Blvd. in
Hampton, Virginia for all my earnings, Thank
you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pennsylvania Avenue
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District of Columbia

Retired Admiral Ernest L. Tixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607
V

924-G Street
Washington, D.C. 23607

To Retired Admiral Ernest L. Tixon is Suing
For Reposession of 924-G Street in Washington,
D.C. I want the keys to the said and everyone
to vacate my premises emediately. Thank You.

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Court

sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Ave.
Washington, D.C. 23607

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

V.

Alcohol, Beverage And Control Store
199 Old Hampton Lane
Hampton, Virginia 23669

I, Retired Admiral Ernest L. Dixon is
Suing my Alcohol, Beverage And Control
Store on Old Hampton Lane in Hampton,
Virginia for all my Earnings. I want
the Keys to the said and everyone to
Vacate my premises emediately. Thank you

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania
Washington D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For the District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23687

V.

Haik Solon
727 Washington Avenue
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon is suing my Haik Solon on Washington Avenue in Kinston, North Carolina for all my earnings. I want the keys to the said and everyone to vacate my premises emediately. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23687

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D. C. 23607

V

Food Mart
721 Washington Avenue
Kinston, North Carolina 28501

If retired Admiral Ernest L. Dixon is suing
my Food Mart on Washington Avenue
in Kinston, North Carolina for all my earning
I want the keys to the said and everyone
to vacate my premises emediately. Thank
You.

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

Sign
Retired Admiral Ernest L Dixon
Sixteen Hundred Pensylvania Ave.
Washington, D. C. 23607

United States District Court
For The District Of Columbia

Retired Admiral ERNEST L. DIXON
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

v.

JAMES J. PETERS
Medical Center
130-Kingsbridge Road
Bronx, New York

Is Retired Admiral ERNEST L. DIXON is
suing is my medical center on
Kingsbridge Road in Bronx, New
York for all my earnings. I want name
change to Retired Admiral ERNEST L. DIXON
Medical Center. THANK YOU.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

V.

Rrierfront Hotel
Washington, D.C. 23607

Retired Admiral Ernest L. Dixon is suing
my Riverfront Hotel in Washington, D.C.
for All my Earnings. I want the keys to
the said. and everyone to vacate my premises
emediately, Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District of Columbia

Retired Admiral ERNEST L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

Hyatt Hotel
H Street
Washington, D.C. 23607

I, Retired Admiral ERNEST L. Dixon is
suing my Hyatt Hotel on H Street in
Washington, D.C. for All my Earnings.
I want the keys to the said and all
Managers to vacate my premises
emediately, Thank you

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Ave
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral ERNEST L. DIXON
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

V,

Willard Hotel
Pensylvania Avenue
Washington, D.C. 23607

I, Retired Admiral Ernest L. Dixon is Suing my Willard Hotel in Washington, D.C. for All my EARNINGS. I WANT the KEYS to the SAID All Employees to VACATE my PREMISES Emediately, THANK you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Ave.
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral ERNEST L. DIXON
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

V

Museum Apartments
K-Street NW
Washington, D.C. 23607

I Retired Admiral ERNEST L. DIXON is suing my Museum Apartments on K-Street in Washington, D.C. for all my earnings. I want the keys to my Museum Apartment 5-D.

Thank you.

Sign,
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District of Columbia

Retired Admiral ERNEST L. DIXON
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

v.

Computer, Copier, Lab Top HeadQuarters
Park Avenue
New York City, New York 23607

I, Retired Admiral ERNEST L. DIXON is
Suing my Computer, Copier, Lab Top Head-
Quarters on Park Avenue in New York City,
New York for All my Earnings. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court

For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

V.

Rockefeller Plaza
5th Avenue
New York City, New York 23607

I, Retired Admiral Ernest L. Dixon is suing

my Rockefeller Plaza on 5th Avenue in New

York City, New York for all my earnings. Thank

you

Sign

Retired Admiral Ernest L. Dixon

Sixteen Hundred, Pensylvania Ave

Washington D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607
V.

Nova
Herritage Street
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon,
is Suing Nova on Herritage Street in
Kinston, North Carolina for all my
Earnings. Thank You.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Av
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and

United States District Court
For The District of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

V.

Peyton Plaza
Peyton Avenue
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon is suing
My Peytons Plaza on Peyton Avenue in
Kinston, North Carolina for all my Earrings

Thank You,

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Pixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

V.

Columbia University
New York City, New York 23607

I, retired Admiral Ernest L. Pixon
is suing my Columbia University in
New York City, New York for all my
earnings. Thank you.

Sign
Retired Admiral Ernest Pixon
Sixteen Hundred Pensylvania Ave,
Washington D.C. 23607

RECEIVED
MAY - 7 2003
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral ERNEST L. DIXON
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

V.

Kinston PLAZA
PLAZA Blvd.
Kinston North CAROLINA 28501

I, RETIRED Admiral ERNEST L. DIXON is suing my Kinston PLAZA on PLAZA Blvd in Kinston, North CAROLINA for all my EARRINGS so THANK YOU.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Ave
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral ERNEST L. DIXON
Sixteen Hundred, Pensylvania Avenue
Washington, D. C. 23607

V.

Kinston Motor Lodge
501 Heritage Street
Kinston, North Carolina 28501

I, Retired Admiral ERNEST L. DIXON is suing my Kinston Motor Lodge on Heritage Street in Kinston, North Carolina for all my earnings. I want the Keys to the said and everyone to vacate my premises emediately. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensy Avenea
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District
Bankruptcy Court

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

v.

Saint Mary's
Star Of The Sea School
1923-Mellen Street
Hampton, Virginia 23663

I, Retired Admiral Ernest L. Dixon is suing Saint Mary's Star Of The Sea School on Mellen Street in Hampton, Virginia for All my earnings. Thank you.

Sign,
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue.
Washington, D.C 23607

v.

Marriott Hotel
17th, Street
Washington, D.C. 23607

I, Retired Admiral Ernest L. Dixon is
suing my Marriott Hotel on 12th, Street
in Washington, D.C. For All My Earnings
I want the Keys to the said and All
Managers to Vacate my Premises
Emediately. Thank You.

Sign,
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Ave
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court

For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607
v.

Marriott Hotel
Virginia Beach Blvd.
Virginia Beach, Virginia

I Retired Admiral Ernest L. Dixon is suing the Marriott Hotel on Virginia Beach Blvd. in Virginia Beach, Virginia for All my earnings. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Ave.
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

v.

Gloria Dei Lutheran
Day School And Child Care
Fox Hill Road
Hampton, Virginia 23669

I, Retired Admiral Ernest L. Dixon
is suing Gloria Dei Lutheran, Day School
And Child Care on Fox Hill Road in
Hampton, Virginia for All my Earrings.
Thank You.

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

Sign
Retired Admiral Ernest L. Di
Sixteen Hundred Pensylvania
Washington, D.C. 23607

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

V.

New York University
New York City, New York 23607

I, Retired Admiral Ernest L. Dixon is
Suing my New York University in New
York City, New York for all my earnings.
Thank You.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Ave
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

V.

Manhattan Hospital
New York City, New York 23607

I Retired Admiral Ernest L. Dixon
is suing my Manhattan Hospital in
New York City, New York for all of my
earnings. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Av
Washington, D.C. 23607

RECEIVED
MAY - 7 2003
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

V.

Chicago Bulls Professional Basketball Team
Chicago, Illinois

I, Retired Admiral Ernest L. Dixon is
suing my Chicago Bulls Professional
Basketball Team in Chicago, Illinois
for All my earnings. Thank you.

Sign

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania ave
Washington, D.C. 23607

RECEIVED
MAY - 7 2008
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral ERNEST L. DIXON
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

V.

New York Mets, Professional Base Ball Team
Long Island, New York 23607

I, Retired Admiral ERNEST L. DIXON is
suing my New York Mets Professional
Base Ball Team in Long Island, New York
for All of my Earrings. THANK YOU.

Sign,
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania av
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

V.

Saint Patrick Catholic Church
10th Street
Washington D.C. 23607

I, Retired Admiral Ernest L. Dixon is suing
my Saint Patrick Catholic Church on 10th Street
in Washington D.C. for all my earnings. I want
the keys to the said and everyone to vacate
my premises emediately. Thank you.

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Avenue
Washington, D.C. 23607

V.

PLAZA
800 - K Street
Washington D.C. 23607

I, Retired Admiral Ernest L. Dixon is suing
PLAZA ON K-Street in Washington, D.C.
for All my earnings. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Ave.
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Avenue
Washington, D.C. 23607

v,

Shelter Hotel
Norfolk, Virginia

I, retired Admiral Ernest L. Dixon is suing for reposesion of my Shelter Hotel in Norfolk, Virginia. I want the keys to the said and everyone to vacate my premises emediately, Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Avenue
Washington, D.C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RETIRED ADMIRAL ERNEST L. DIXON
SIXTEEN HUNDRED PENSYLVANIA AVENUE
WASHINGTON, D.C. 23607

V.

7-D-Mitchell Wooten Court
KINSTON, NORTH CAROLINA 28501

I, RETIRED ADMIRAL ERNEST L. DIXON is
suing for REPOSESIONS of my APARTMENT
Add. Number ~~4-D-That~~ 7-D-Mitchell
Wooten Court in Kinston, North CAROLINA.
I, WANT THE KEYS TO THE SAID AND EVERYONE
TO VACATE MY PREMISES EMEDIATELY. THANK
YOU,

SIGN
E Retered Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Ave
Washington D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For the District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C.

v

New Market North
Mercury Blvd.
New Port News, Virginia

I, Retired Admiral Ernest L. Dixon
is suing my New Market North on
Mercury Blvd in New Port News, Virginia
for all my earning. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Ave
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

V.

Casino
Monticarlo, Monico

I, Retired Admiral Ernest L. Dixon is suing
my Casino in Monticarlo, Monico for All
my Earnings. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Ave.
Washington D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

V.

D.C. Library
G-Street
Washington, D.C. 23607

I, Retired Admiral Ernest L. Dixon is
Suing my D.C. Library on G-Street in
Washington, D.C. for all my earnings.
Thank you.

Sign,
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Ave.
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

Town Sende Shopping Center
Townsende, Chezoslovockia

I, Retired Admiral Ernest L. Dixon, is
Suing my Townsende Shopping Center in
Townsende, Chezoslovockia for all my
Earnings. Thank You.

Sign,
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensyvania Ave
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 2360 7
V.

Robert Jackson Hospital
Bronx, New York

I, Retired Admiral Ernest L. Dixon is
Suing my Robert Jackson Hosp Hospital
in Bronx, New York for All my Earnings
Thank You.

sgn
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington D.C. 23607

**RECEIVED**

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvansia Avenue
Washington, D.C. 23607

V.

Pilgram Hotel
H-Street
Washington, D.C. 23607

I, Retired Admiral Ernest L. Dixon is
suing my Pilgram Hotel on H-Street
in Washington, D.C. for all my earnings.
I want the keys to the said and all
managers to vacate my premises emediatly.
Thank You.

Sign,
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Aver.
Washington, D.C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States Distric, Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D. C. 23607

V.

Renaisance Hotel
9th, Street
Washington, D. C. 23607

I, Retired Admiral Ernest L. Dixon is
suing my Renaisance Hotel on 9th, Street
in Washington, D. C. for all my earnings.
I want the keys to the said and All
manages to vacate my premises
emadiately. Thank you.

Sign

Retired Admirel Ernest L. Dixon
Sixteen Hundred Pensylvanra Ave
Washington, D. C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

V.

Marriott Hotel
14th Street And Pensylvania Avenue
Washington, D.C. 23607

I, Retired Admiral Ernest L. Dixon, is
Suing my Marriott Hotel on 14th Street &
Pensylvania Avenue for All my Earnings.
I want reposesion and the keys to my
Floors of the said. Thank you,

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania ave.
Washington, D.C. 2360

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Avenue
Washington, D.C. 23607

WAL-MART
Vernon Avenue
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon is suing Wal-Mart on Vernon Avenue in Kinston, North Carolina for all my earnings. Wal-Mart on Vernon Avenue in Kinston, North Carolina was officially Ernest L. Dixon Shopping Center. I want the keys to the said and everyone vacate my premises emediately. Thank

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Ave
in Washington, D.C. 23607

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

V.

Green Courts Apartments
Bright Street
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon is
Suing my Green Courts Apartments on
Bright Street in Kinston, North Carolina
For All My Earnings. Thank you.

Sign,
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Ave
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

327 - Queen Street
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon is
suing for reposesion and the rent at
327 - Queen Street in Kinston, North Carolina.
I want the keys to the said and everyone
to vacate my premises emediately. Thank
you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Ave.
Washington, D.C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

V.

Coal Mine &
Lexington, Pensylvania

I, Retired Admiral Ernest L. Dixon is suing
my Coal mine in Lexington, Pensylvania
for all my earnings, Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Ave.
Washington D.C. 23607

**RECEIVED**

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D. C. 23607

v.

Legal Bar, And Legal/Bar Sea Food
7th Street
Washington, D. C. 23607

I, Retired Admiral Ernest L. Dixon
is Suing Legal Bar And Legal Bar
Sea Food For All My Earnings. I
Want The Keys to the Said and All
Employees to Vacate My Premises
Emediately,

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Ave.
Washington, D. C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral ERNEST L. DIXON
Sixteen Hundred, Pensylvania Avenue
Washington, D. C. 23607

Montgomery Hospital
Washington, D.C. 23607

I Retired Admiral ERNEST L. DIXON is
Suing my Montgomery Hospital in
Washington, D.C. For All my earrings. THANK
YOU.

SIGN
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania ave.
Washington, D.C. 23607

RECEIVED
MAY - 7. 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For the District of Columbia

Retired Admiral ERNEST L. DIXON
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

Vs

New York Times News Paper
41st Street
New York City, New York 23607

I Retired Admiral ERNEST L. DIXON is
Suing my New York Times News Paper
in New York City, New York for All my
Earnings. Thank you.

Sign

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

v.

University Of Washingdon
Washington, D.C. 23607

I, Retired Admiral Ernest L. Dixon is suing
the University Of Washingdon in Washington,
D.C. for all my earnings. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D. C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral ERNEST L. DIXON
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

V.

GENERAL Motors
Fifth Avenue
New York City, New York 23607

I, Retired Admiral ERNEST L. DIXON is
Suing my GENERAL Motors on Fifth Avenue
In New York City, New York for All my EARNINGS.
THANK YOU.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

V.

Rober Jackson Catholic Elementary School
Bronz, New York

I, Retired Admiral Ernest L. Dixon, is
Suing my Robert Jackson Catholic
Elementary School in Bronz, New
York for all my Earnings. Thank You.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Ave.
Washington, D.C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D. C. 23607

V,

Parrot Hospital
Caswell Street
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon is
suing my Parrot Hospital on Caswell Street
in Kinston, North Carolina for all my
earnings. Thank you,

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Ave.
Washington, D. C. 23607

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Retired Admiral ERNEST L. DIXON
SIXTEEN HUNDRED, PENSYLVANIA AVENUE
WASHINGTON, D.C. 23607

v.

Fitness And Aquatic Center
9th, Street
Washington, D.C. 23607

I, REDIRED Admiral ERNEST L. Dixon is
Suing my Fitness And Aquatic Center
on 9th, Street in Washington, D.C.
For All my EARNINGS. THANK YOU.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Ave
Washington, D.C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral ERNEST L. DIXON
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

V.

Lenoir County Farm
North Carolina 28501

I, Retired Admiral ERNEST L. DIXON is suing
is suing for lease reposesion of my Lenoir
County Farm 2 miles South of Grifton, North
Carolina. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

**RECEIVED**

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

V.

James J. Peters
Medical Center
Bainbridge Road
Bronx, New York

I Retired Admiral Ernest L. Dixon is suing
James J. Peters Medical Center on
Bainbridge Road in Bronx, New York for all
my earnings. Thank you.

Sign

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United State District Court
For the District of Columbia

Retired Admiral ERNEST L. DIXON
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

V.

Lenoir County Library
Queen Street
Kinston, North Carolina 28501

I, Retired Admiral ERNEST L. DIXON is suing
my Lenoir County Library in Kinston, North
Carolina for All my earnings. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Ave
Washington, D.C. 23607.

**RECEIVED**

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
for The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylwania Avenue
Washington D.C. 23607

v.

Sporting Good Store
Cunningham Drive
Virginia Beach Virginia

I, Retired Admiral Ernest L. Dixon is suing
Sporting Good Store in Virginia Beach, Virginia
For all my Earnings. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

**RECEIVED**

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Avenue
Washington, D.C. 23607

v.

Safe Way Grocery Store
Fifth Street nw
Washington, D.C. 23607

I, Retired Admiral Ernest L. Dixon is suing
my Safe Way Grocery Store on Fifth Street
in Washington, D.C. for all my earnings.

Thank you.

sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Avenue
Washington, D.C. 23607

RECEIVED
MAY - 2003
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

v.

Townsende Ship Yard
Townsende, Chezhoslovodkia

I, Retired Admiral Ernest L. Dixon is suing my Townsende Ship Yard in Townsende, Chezhoslovodkia for all my earnings. Thank you.

Sign

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

**RECEIVED**

MAY − 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

V.

Alcohol, Beverage And Control Store
Heritage Street
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon is
suing my Alcohol, Beverage And Control
Store on Herritage Street in Kinston,
North Carolina for All my Earnings. I
want the keys to the said And everyone
to vacate my premises emediately. Thank
you.

Sign,
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Ave
Washington D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D. C. 23607

Carolina Discount Furniture
Mc Mellan Street
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon is
suing for reposession and the earnings
from my Carolina Discount Furniture on
Mc Mellan in Kinston, North Carolina. I
want the keys to the said and everyone
to vacate my premises emediately. Thank
you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen, Hundred, Pensylvania Av
Washington, D.C. 23607

**RECEIVED**
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Avenue
Washington, D.C. 23607

V.

Lenoir County Memorial Hospital
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon is
suing my Lenoir County Memorial Hospital
in Kinston, North Carolina for all my
earnings. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Ave
Washington D.C. 23607

**RECEIVED**

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

V.

Kinston Catholic High School
Kinston, North Carolina 28501

Ret., Retired Admiral Ernest L. Dixon is
suing Kinston, Catholic High School In Kinston,
North Carolina for all my earnings. Thank
you.

Sign,
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Av.
Washington, D.C. 23607

**RECEIVED**

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For the District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Avenue
Washington, D.C. 23607

V.

Roosevelt Hospital
Roosevelt Island
Long Island, New York 23607

I, Retired Admiral Ernest L. Dixon is suing
my Roosevelt Hospital on Roosevelt Island in
Long Island, New York for All my Earnings.
Thank You.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Ave
Washington, D.C. 23607

**RECEIVED**

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pennsylvania Avenue
Washington, D.C. 23607

V.

Chapman Farm
Lenoir County
North Carolina 28501

I, Retired Admiral Ernest L. Dixon is suing my Chapman Farm in Lenoir County, North Carolina for all my earnings. I want all keys to the said and everyone except the Chapmans to vacate my property emediately. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Avenue
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

V.

Kinston Square
Queens Street
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon is
Suing Kinston Square 815 Queen Street
in Kinston, North Carolina for All my
Earnings. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Ave
Washington D.C. 23607

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

v.

Jonithan Square
Plaza Blvd.
Kinston, North Carolina 28581

I, Retired Admiral Ernest L. Dixon is
suing Jonithan Square on Plaza Blvd.
in Kinston, North Carolina for all my
earnings. Thank You.

Sign
Retired Admiral Ernest Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

**RECEIVED**

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

V.

Dwight D. Eisenhower Executive Building
1050 - Pensylvania Avenue

Washington, D.C. 23607

I, Retired Admiral Ernest L. Dixon is suing
for Repusesion of my Dwight D. Eisenhower
Executive Building in Washington, D.C. I
want the keys to the said and everyone
to vacate my premises except the Secret
Service Police. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

%
New York City Hospital
New York City, New York 23607

Is Retired Admiral Ernest L. Dixon issuing
my New York City Hospital in New York
City, New York for all my Earnings. Thank
you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Ave.
Washington, D.C. 23607

**RECEIVED**
MAY - 7 2009
, U.S. District and
nkruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

v.

McDonald Resturant
110-Vernon Avenue
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon is
Suing my McDonald Resturant on Vernor
Avenue in Kinston, Carolina for all my
Earnings. I want the keys to the said
and everyone to vacate my premises
emeditely Thank you.

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

United States District Court
for the District of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. ~~20501~~ 23607

v.

Kinston Hotel
Queen Street
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon
is suing my Kinston Hotel on Queen
Street in Kinston, North Carolina for all
my earrings, I want the keys to the said
and everyone to vacate my premises
emediately, Thank you.

Sign
Retired Admiral Ernest L. Di
Sixteen Herndred Pensylvania A
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
U.S. District and
Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

V.

Queen Street Apartments
    Queen Street
Kinston, North Carolina 28501

Retired Admiral Ernest L. Dixon is suing
my Queen Street Apartments in
Kinston North Carolina fit for my earrings

Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Ave
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pennsylvania Avenue.
Washington, D.C. 23607

V.

Lenoir County Court House
Queen Street
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon is suing my Lenoir County Court House on Queen Street in Kinston, North Carolina for all my earnings. I want the keys to the said and everyone to vacate my premises emediately. Thank you.

Signs
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pennsylvania Ave.
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
for The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

v.

Liberty PLAZA
Seventeenth Street
Washington, D.C. 23607

I, Retired Admiral Ernest L. Dixon is suing my Liberty PLAZA in Washington, D.C. for All my Earnings. I want the keys to the said and everyone to vacate my premises emediately. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

**RECEIVED**

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

V.
Kay Hotel
Saint Croix
United States Virgin Island

Is Retired Admiral Ernest L. Dixon is
suing my Kay Hotel in Saint Croix,
United States Virgin Island for all
my earnings. Thank you.

Sign,
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Ave.
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

V. Apartments

Hood Apartments
Caswell Street
Kinston North Carolina 28501

I, Retired Admiral Ernest L Dixon is
Syuing my Hood Apartments on Caswell
Street in Kinston North Carolina for All
My Earnings. Thank You.

Sign.
Retired Admiral Ernest L Dixon
Sixteen Hundred Pensylvania Av
Washington D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

v.

Langley Square
Mercury Blvd.
Hampton, Virginia 23669

I, Retired Admiral Ernest L. Dixon is
Suing Langley Square on Mercury Blvd.
in Hampton, Virginia for All my Earnings.
Thank You.

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Ave.
Washington, D.C. 23607

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

V.

General Accounting Office
G-Street
Washington, D.C. 23607

I Retired Admiral Ernest L. Dixon is suing
For Reposesion of my General Accounting Office
Building on G-Street in Washington, D.C. I want
the the keys to the said and everyone to
vacate my premises emediately. Thank you.

Sgn
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
for the District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23687

V.

Granby Street Hotel
Granby Street
Norfolk, Virginia

I, Retired Admiral Ernest L. Dixon is suin
my Granby Street Hotel on Granby Street
in Norfolk, Virginia for All my earnings. I want
the keys to the said and All Hotel managers to
vacate my premises emediately. Thank You.

sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23687

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23600

v.

Willow Oats
Village Square
Fox Hill Road
Hampton, Virginia 23669

I Retired Admiral Ernest L. Dixon is suing
my Willow Oats Village Square on Fox Hill
Road in Hampton, Virginia for all my earnings.

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

Thank You

Sign

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Ave.
Washington D.C. 23607